960

No. 00-8242. HENSLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-8243. HAYGOOD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-8246. GUESS v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 00-8248. HESS v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 00-8250. LAVERY v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 00-8254. HEILMANN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 00-8255. HOLIDAY v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00-8264. HUNTLEY v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00-8265. FREEMAN v. BOONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-8267. FLIAM v. TESSMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-8273. GUILLORY v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00-8276. FULLER v. WELTON. C. A. 11th Cir. Certiorari denied.

No. 00-8280. FIELDS v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-8285. GUILLORY v. COREIL. C. A. 5th Cir. Certiorari denied.

No. 00-8287. WIDMER v. TULARE COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.